UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANO ROCHA BARCELOS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>Respondent. | No.  1:26-cv-03778-DAD-JDP<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT<br><br>(Doc. Nos. 1, 2, 3, 4) |

On May 18, 2026, petitioner Adriano Rocha Barcelos filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE").  (Doc. No. 1.)  Petitioner alleges that he was detained on March 19, 2026.  (*Id.* at 5.)  He seeks release from detention and the awarding of costs and reasonable attorney's fees.  (*Id.* at 18.)  Also on May 18, 2026, petitioner filed a motion to proceed *in forma pauperis* (Doc. No. 2),[1] a motion for temporary restraining order (Doc. No. 3), and a motion to appoint counsel (Doc. No. 4).  On May 19, 2026, the court set a briefing schedule and ordered that respondent substantively address whether any provision of law or fact in this case would

---

[1] Petitioner's application makes the showing required by 28 U.S.C. § 1915(a)(1) and is therefore granted.

1

distinguish it from the circumstances addressed in this court's decisions in *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025); *Perez v. Albarran*, No. 1:25-cv-01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025); *Chavarria v. Chestnut*, No. 1:25-cv-01755-DAD-AC (E.D. Cal. Dec. 9, 2025); *Yang v. Kaiser*, No. 2:25-CV-02205-DAD-AC (HC), 2025 WL 2791778 (E.D. Cal. Aug. 20, 2025); *Quichimbo-Jimenez v. Warden, California City Correctional Center*, 2:26-cv-00739-DAD-EFB (HC), 2026 WL 679378 (E.D. Cal. Mar. 10, 2026); *Cardenas v. Chestnut*, et al., No. 1:26-cv-02073-DAD-SCR (HC), 2026 WL 785871 (E.D. Cal. Mar. 20, 2026); or *J.P.C. v. Chestnut, et al.*, 1:26-cv-02108-DAD-JDP, 2026 WL 788129 (E.D. Cal. Mar. 20, 2026).  (Doc. No. 7.)

On May 20, 2026, respondent filed their opposition to the motion for temporary restraining order.  (Doc. No. 8.)  Therein, respondent refers to petitioner's "prior release at the discretion of DHS" and "agrees that the factual and legal issues present here are not substantively distinguishable to the aforementioned cases[.]"  (*Id.* at 2–3.)  In addition, although invited to do so (Doc. No. 7), respondent has stated no opposition to the court ruling on the pending petition based upon the briefing currently before the court.

Accordingly, pursuant to the court's reasoning as stated in the above-cited orders and which is adopted herein, the court will grant in part the petition for writ of habeas corpus.

For the reasons explained above,

1.      Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED in part;

a.      Respondents are ORDERED to immediately release petitioner Adriano Rocha Barcelos, A-File No. 097-953-673, from respondent's custody on the same conditions he was subject to immediately prior to his March 19, 2026 re-detention;

b.      Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating by clear and convincing

2

evidence that petitioner is a danger to the community or a flight risk;

    c.  Petitioner's request for costs and reasonable attorney's fees is DENIED without prejudice to bringing a properly noticed and supported motion;

2.  Petitioner's motion for a temporary restraining order (Doc. No. 3) is hereby DENIED as having been rendered moot by this order granting the habeas petition;

3.  Petitioner's motion to appoint counsel (Doc. No. 4) is hereby DENIED as having been rendered moot by this order;

4.  The Clerk of the Court is directed to serve a copy of this order on the Central Valley Annex; and

5.  The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:   **June 4, 2026**                      _Dale A. Drozd_____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3